OSCAR LANGE, PETITIONER-DEFENDANT IN CERTIORARI, v. EUREKA PRINTING WORKS, RESPONDENT PROSE-CUTOR IN CERTIORARI.

Argued December 23, 1931—Decided December 31, 1931.

Before Justices TRENCHARD, DALY and DONGES.

.·For the motion, *Feder & Rinzler.*

*Contra, Harley, Cox & Walberg.*

. PER CURIAM.

This is an application for a counsel fee in the Supreme Court by the prevailing party in a workmen's compensation case where the judgment of the workmen's compensation bureau was brought into the Supreme Court by *certiorari* pursuant to *Pamph. L.* 1931, *ch.* 388, *p.* 1217.

Our conclusion is that there is no authority for the award of counsel fee in such case, and the application accordingly is denied, with costs.